FILED 7 JUN '24 11:07USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

____Portland____ DIVISION

__Michael Bivins__
*(Enter full name of plaintiff)*

Plaintiff,

v.

__The United Nations__
__Chinese U.N. Ambassador__
__U.N. Secretary General__
*(Enter full name of ALL defendant(s))*
__Joe Biden__

Defendant(s).

Civil Case No. 3:24-cv-00915-JR
(to be assigned by Clerk's Office)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (PRISONER COMPLAINT)

Jury Trial Demanded
☒ Yes    ☐ No

## I. PARTIES

List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.

**Plaintiff**   Name: ~~~~~~~~~ Michael Bivins
Street Address: 11540 NE Inverness Dr.
City, State & Zip Code: Portland, OR 97220
Telephone No.: N/A

Complaint for Violation of Civil Rights (Prisoner Complaint)    1
[Rev. 01/2018]

**Defendant No. 1**   Name: The United Nations
Street Address: 4705 E. 45th st
City, State & Zip Code: New York, New York 10017
Telephone No.: _____

**Defendant No. 2**   Name: Chinese Ambassador to U.N.
Street Address: 4705 E. 45th st
City, State & Zip Code: New York, New York 10017
Telephone No.: _____

**Defendant No. 3**   Name: U.N. Secretary General
Street Address: 4705 E. 45th st
City, State & Zip Code: New York, New York 10017
Telephone No.: _____

**Defendant No. 4**   Name: Joe Biden
Street Address: 1600 Pennsylvania Ave
City, State & Zip Code: Washington, D.C.
Telephone No.: _____

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. You are bringing suit against (*check all that apply*):

☒ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

B. What federal constitutional, statutory, or treaty right(s) is/are at issue?

~~[scribbled out]~~ My right to not be oppressed in my homeland by a foreign occupying power.

### III. STATEMENT OF CLAIMS

#### Claim I

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

Joe Biden and U.N. officials have done nothing to remove Communist China from the U.N. Security Council.

Communist China and its officials at the U.N. refuse to remove themselves from the U.N. Security council.

The aforementioned have made no effort to expel Communist China from the U.N.

#### Claim II

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

The backbone of Communist China's industrial strength is slave labor and unregulated factory emissions, which

Create an anti-competitive global business environment leading to bums sucking up Federal tax dollars as welfare payments because all the factory jobs are in Communist China and not America.

The unregulated factory emmisions lead to global health conditions, including asthma and cancer. My cough right now is a direct result of Communist China and the U.N., because China's Veto power on the Security Council makes nations -- including the United States -- afraid to challenge China's illegal actions.

### Claim III

*State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

_____
_____
_____
_____
_____
_____
_____
_____

*(If you have additional claims, describe them on another piece of paper, using the same outline.)*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

I have filed for administrative relief as to all claims in Section III and have concluded all administrative appeals available to me.

☒ Yes        ☐ No

## V. RELIEF

*State briefly exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking. Make no legal arguments. Cite no cases or statutes.*

I am seeking one American dollar cash, for pain, suffering and psychological abuse caused by Communist China and the United Nations, and their co-conspirator Joe Biden.

China's removal -- permanently -- from the U.N. Security Council.

China's expulsion from the U.N.

America leaving the U.N. until China's seat at the U.N. is revoked.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 4th day of June, 2024.

Michael E. [signature]
(Signature of Plaintiff)

Michael E Bivins, 822414
Inverness Jail
11540 NE Inverness Dr
Portland, OR 97220

US POSTAGE PITNEY BOWES
ZIP 97230 $ 001.63⁰
02 7H
0006121596   JUN 05 2024

United States District Court
Office of the Clerk
District of Oregon
740 United States Courthouse
1000 SW Third Ave.
Portland, OR 97204-2902